IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:18-CV-00241-GAP-GJK

**MICHAEL D. HUIRAS,**

                **Plaintiff,**

v.

**WELLS FARGO BANK N.A.,,**

                **Defendant.**
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Michael Huiras, and Defendant, Wells Fargo Bank, N.A., pursuant to the Local Rules of the Middle District of Florida, and gives notice that the parties have reached a settlement and will execute release(s) and dismissals in the near future.

WHEREFORE, Plaintiff and Defendant give notice of settlement.

| | |
|---|---|
| **SHUSTER & SABEN, LLC** | **McGuireWoods LLP** |
| /s/ *Richard Shuster* | /s/ *Sara F. Holladay-Tobias* |
| RICHARD SHUSTER, ESQUIRE | SARA F. HOLLADAY-TOBIAS |
| Fla. Bar No.: 045713 | Fla. Bar No.: 026225 |
| 1413 South Patrick Drive, Suite 7 | 50 North Laura Street, Suite 3300 |
| Satellite Beach, Florida 32937 | Jacksonville, FL 32202 |
| Telephone: 321-622-5040 | Telephone: 904-798-3200 |
| Fax Number: 877-335-4747 | Fax Number: 904-360-6330 |
| Primary: richshuster@gmail.com | Primary: stobias@mcguirewoods.com |
| Attorney for Plaintiff | Attorney for Defendant |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 6, 2018, I electronically filed the foregoing with the clerk of the Court using CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing by first class mail to the following non-CM/ECF participants: None.

**SHUSTER & SABEN, LLC**

*/s/ Richard Shuster*
RICHARD SHUSTER, ESQUIRE
Fla. Bar No.: 045713
1413 South Patrick Drive, Suite 7
Satellite Beach, Florida  32937
Telephone:    321-622-5040
Fax Number:   877-335-4747
Primary: richshuster@gmail.com
Secondary: assistant2richardshuster@gmail.com
Attorney for Plaintiff